IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristopher Ivon A. Dillon,<br><br>  Petitioner,<br><br>v.<br><br>State of Arizona, et al.,<br><br>  Respondents. | No.  CV 21-0290-PHX-SPL<br><br>**ORDER** |

The Court has before it, Petitioner's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 7), the Limited Answer from the Respondents, (Doc. 27), Motion to Withdraw as Attorney (Doc. 31), the Response to the Motion to Withdraw as Attorney (Doc. 33), and the Reply from the Petitioner.  (Doc. 37) Additionally, the Report and Recommendation of the Magistrate Judge (Doc. 47), and the Petitioner's Objections, (Doc. 52) have also been considered, along with the Respondent's Reply to the Petitioner Objections.  (Doc.53)

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). When a party files a timely objection to an R&R, the district judge reviews *de novo* those portions of the R&R that have been "properly objected to." Fed. R. Civ. P. 72(b). A proper objection requires specific written objections to the findings and recommendations in the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); 28 U.S.C. § 636(b) (1). It follows that the Court need not conduct any review of portions to which no specific

objection has been made. *See Reyna-Tapia*, 328 F.3d at 1121; *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985) (discussing the inherent purpose of limited review is judicial economy). Further, a party is not entitled as of right to *de novo* review of evidence or arguments which are raised for the first time in an objection to the R&R, and the Court's decision to consider them is discretionary. *United States v. Howell*, 231 F.3d 615, 621-622 (9th Cir. 2000).

The Court has carefully undertaken an extensive review of the sufficiently developed record. The Petitioner's objections to the findings and recommendations have also been thoroughly considered.

After conducting a *de novo* review of the issues and objections, the Court reaches the same conclusions reached by the magistrate judge. The R&R will be adopted in full. Accordingly,

**IT IS ORDERED:**

1. That the Magistrate Judge's Report and Recommendation (Doc. 47) is **accepted** and **adopted** by the Court.

2. That the Petitioner's Objections (Doc. 52) are **overruled**.

3. That the Motion to Withdraw as Attorney (Doc. 31) is **granted**.

4. That the Amended Petition for Writ of Habeas Corpus (Doc. 7) is **denied,** and this action is **dismissed with prejudice**.

5. That a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal are **denied** because the dismissal of the Petition is justified by a plain procedural bar and reasonable jurists would not find the ruling debatable; and

///
///
///
///
///

6. That the Clerk of Court shall enter judgment according and terminate this action.

Dated this 7th day of March 2024.

                                             Honorable Steven P. Logan
                                             United States District Judge

3